FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| STEVEN J. SNEDDEN, | NO: 2:23-CV-00049-RMP |
|---|---|
| Petitioner, | |
| v. | ORDER DISMISSING ACTION |
| STATE OF WASHINGTON, | |
| Respondent. | |

By Order filed June 7, 2023, the Court denied Petitioner Steven J. Snedden, a person residing in Spokane, Washington, leave to proceed *in forma pauperis,* and directed him to pay the $5.00 filing fee to proceed with this federal habeas corpus action or to show cause why he should not be required to do so. ECF No. 13 at 3–4. The Court cautioned Petitioner that his failure to pay or show cause would be construed as his consent to the dismissal of the petition without prejudice. *Id.* at 4.

Petitioner did not comply with the Court's directive and has filed nothing further in this action. Therefore, it appears that Petitioner has abandoned this litigation.

ORDER DISMISSING ACTION -- 1

Consequently, **IT IS ORDERED** that this action is **DISMISSED without prejudice** for non-payment of the filing fee as required by 28 U.S.C. § 1914(a). **IT IS FURTHER ORDERED** that all pending Motions are **DENIED as moot** and the District Court Clerk shall **TERMINATE** all pending deadlines.

**IT IS SO ORDERED**. The District Court Clerk is **DIRECTED** to enter this Order, enter judgment, provide copies to Petitioner at his last known address and to **close** the file.

**DATED** July 10, 2023.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Senior United States District Judge